**No. 09-11019. Jarvis Neely, Petitioner v. Illinois.**

562 U.S. 859, 131 S. Ct. 132, 178 L. Ed. 2d 79, 2010 U.S. LEXIS 5921.

October 4, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, Third District, denied.

Same case below, 397 Ill. App. 3d 1116, 370 Ill. Dec. 469, 988 N.E.2d 245.